IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM D. WOOD, JR.,           )<br>                                                     )<br>          Plaintiff,                        )<br>vs.                                              )          NO. CIV-05-660-T<br>                                                     )<br>TWYLA MASON GRAY, District Judge,   )<br>                                                     )<br>          Defendant.                     ) | |

O R D E R

     Plaintiff, a state prisoner appearing *pro se,* brought this action pursuant to 42 U.S.C. § 1983, alleging that defendant has violated his constitutional rights.   Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for initial proceedings.

     On June 28, 2005 the Magistrate Judge filed a Report and Recommendation [Doc. No. 6] in which he recommended that this action be dismissed because, having examined the complaint as required by 28 U.S.C. § 1915, he concluded that the complaint fails to state a claim and should be dismissed upon filing.

     In the Report and Recommendation, the Magistrate Judge advised plaintiff of his right to object to same and scheduled a July 18, 2005 deadline for filing such objections.  The Magistrate Judge also advised plaintiff that a failure to timely object would constitute a waiver of his right to appellate review of the factual and legal issues contained in the Report and Recommendation.

     Plaintiff's deadline for objecting to the Report and Recommendation has expired, and he has not filed an objection.  Therefore, the Report and Recommendation [Doc. No. 6] is adopted as though fully

set forth herein.    The Court Clerk should docket the dismissal as a prior occasion under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

    IT IS SO ORDERED this 8th day of August, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE